UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

**KIMBERLEE A. FRAREY,**

*Plaintiff,*

vs.

**ANTHONY L. JORDAN HEALTH CORPORATION,**

*Defendant.*

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Civil Action No. 18-cv-6216

---

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Kimberlee A. Frarey and Defendant Anthony L. Jordan Health Corporation, stipulate to the dismissal of all claims against Defendant, with prejudice, with each party to bear its own costs and fees incurred in connection with this action.

**DATED:** May 7, 2022

**ROTHENBERG LAW**

By: /s/ David Rothenberg
David Rothenberg

*Attorney for Plaintiff Kimberlee A. Frarey*
Times Square Building
45 Exchange Boulevard, Suite 800
Rochester, New York 14614
Telephone: (585) 232-1946
Email: david@rothenberglawyers.com

**BARCLAY DAMON LLP**

By: /s/ Robert P. Heary
Robert P. Heary

*Attorney for Defendant Anthony L. Jordan Health Corporation*
The Avant Building
200 Delaware Avenue
Buffalo, New York 14202
Telephone: (716) 856-5500
E-mail: rheary@barclaydamon.com

SO ORDERED THIS 27th DAY OF May, 2022

HON. FRANK P. GERACI, JR.
Chief U.S. District Judge

24497590.1