UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____
Kimberlee A. Frarey

                            Plaintiff(s),

*** MEDIATION CERTIFICATION ***

   __18__ - cv - __6216__

                            v.

Anthony L. Jordan Health Corporation

                            Defendant(s).
_____

I hereby certify that:

☐ The mediation session scheduled for _____ has been adjourned to _____.

☐ Case settled prior to the first mediation session.

☑ Mediation session was held on __11/15/21__.

   ☑ **Case has settled.** (Comment if necessary).

   ☐ **Case has settled in part.** (Comment below). Mediation will continue on _____.

   ☐ **Case has settled in part.** (Comment below). Mediation is complete.

   ☐ **Case has not settled.** Mediation will continue on _____.

   ☐ **Case has not settled.** Mediation is complete. The case will proceed toward trial pursuant to the Court's scheduling order.

**Date:** 09/13/2022            **Mediator:** /S/ William G. Bauer

**Additional Comments:**
_____
_____
_____